JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW BAHRI, an individual,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive<br><br>　　　　　　　　Defendants. | Case No: 2:24-cv-00877-DSF-JPR<br>Dist. Judge: Dale S. Fischer<br>Mag. Judge: Jean P. Rosenbluth<br>Courtroom: 7D<br><br>**ORDER** |

　　The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: March 21, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　United States District Judge